**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**PAUL CLARENCE LEWIS** — **PLAINTIFF**

**V.** — **CAUSE NUMBER: 3:25-cv-00305-JDM-RP**

**ASHLEY FURNITURE INDUSTRIES, LLC** — **DEFENDANT**

# FINAL JUDGMENT

For reasons stated in the Court's Order and Memorandum Opinion issued this day, summary judgment is granted in Ashley Furniture Industries, LLC's favor on all claims. This **CASE** is **CLOSED**.

**SO ORDERED**, this the 20th day of August, 2026.

/s/ James D. Maxwell II
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI